**Opinion issued May 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00927-CV**

———————————

**SARA PEREZ, Appellant**

**V.**

**U.S. BANK NATIONAL ASSOCIATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1165361**

---

## MEMORANDUM OPINION

Appellant Sara Perez filed a motion to dismiss her appeal. No opposition to the motion has been filed. *See* TEX. R. APP. P. 10.3(a). Accordingly, we grant the motion.

The appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.